IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**CHRISTOPHER JON PERGROSSI,**

    **Plaintiff,**

v.                                           Case No.  1:20cv206-MW/GRJ

**UNITED STATES GOVERNMENT,**
*ALL TREASURES ALWAYS VALUABLE,*

    **Defendant.**
_____/

**ORDER ACCEPTING IN PART**
**REPORT AND RECOMMENDATION**

      This Court has considered, without hearing, the Magistrate Judge's Omnibus Order to Show Cause and Report and Recommendation, ECF No. 4, and has also reviewed *de novo* Plaintiff's objections to the Report and Recommendation.[1] ECF No. 6.

      Plaintiff filed 33 cases over a four-day period, from August 17 through August 20, 2020. These cases were assigned to three U. S. District Judges in the Northern District of Florida.  The cases are frivolous.  Understandably, the Magistrate Judge

---

[1] Plaintiff filed a document in Case No. 1:20cv181-MW/GRJ, ECF No. 6, which this Court has construed as an omnibus response to the Order to Show Cause and as objections to the Report and Recommendation of Magistrate Judge Gary R. Jones, ECF No. 4.

1

found this extraordinary volume of frivolous cases merits the imposition of restrictions on future filings in order to preserve scarce judicial resources and protect the efficient administration of justice. While a close call, this Court will not restrict future filings unless Plaintiff continues to abuse the process. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted in part**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without leave to amend as frivolous and/or for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2). No restrictions are imposed on future filings unless Plaintiff continues to abuse the judicial process." The Clerk shall also close the file.

**SO ORDERED on September 23, 2020.**

                                      **s/Mark E. Walker**
                                      **Chief United States District Judge**